IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. CR-07-143-D |
| | ) | |
| CHARLES KESSEE SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

NOW on this 6th day of July 2017, on the United States' Motion to Dismiss Petition for Warrant or Summons for Offender Under Supervision (Doc.35), the Court finds that said Motion should be granted for the reasons therein stated.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Petition for Warrant or Summons for Offender Under Supervision filed on July 3, 2017, (Doc. 31) alleging that the Defendant Charles Kessee Smith violated the terms of his supervised release be and the same is hereby dismissed, without prejudice.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE